DEBTOR[S]     Mindy McConnell          CASE NO.   20-11572

**LIQUIDATION ANALYSIS WORKSHEET**

**1. CALCULATION OF NET LIQUIDATION AMOUNT**

REAL ESTATE [SCH A or BPO within last TWO years]
[1] _____ / [2] _____ / [3] _____                       0

MARKET VALUE [MV] OF REAL ESTATE LESS 10% [6% SALES COMMISSION + 4% CLOSING COST [MV X .90] = **a**
[1] ____0____ / [2] ____0____ / [3] ____0____ = **a**     0

EXEMPTION ON REAL ESTATE [SCH C] = **b**
[1] ____0____ / [2] ____0____ / [3] _____ = **b**     0

LESS: MTG[S] ON REAL ESTATE [SCH D] = **c**
[1] ____0____ / [2] ____0____ / [3] _____ = **c**     0
             0             0             0

**LINE TOTAL a - b - c = [1]**                                   0      = [1]     0

**2. CALCULATION OF NET LIQUIDATION ON SUCCESSION**

AMOUNT OF SUCCESSION [SCH B Part 4 Line 32] = **d**
[1] ____0____ / [2] _____         = **d**     0

MV OF SUCCESSION INTEREST LESS MTG & HOMESTEAD EXEMPTION (ONLY IF ONE PARENT IS LIVING)

LESS: COST OF OPENING SUCCESSION ($3,000.00 - X'S DEBTOR'S PORTION INTEREST = **d1**
[1] _____ / [2] _____         = **d1** _____

**LINE TOTAL d - [d1]* SIBLINGS = [2]**                                  = [2] _____

**3. CALCULATION OF NET LIQUIDATION ON REMAINING ASSETS [SCH B]**

<u>Part 2- Line 3:</u> [Cars, Vans, Trucks Sport Utility Vehicles, Motorcycles [M/C]]

|                | [SCH B] | LESS EXEMPTION [SCH C] | MINUS MTG [SCH D] |     |   |       |
|----------------|---------|------------------------|-------------------|-----|---|-------|
| 2018 Rogue     | $ 14,775 | $ 7,500               | $ 9,576           | = **e** |   | 0     |
| Year           | $       | $                      | $                 | =   |   | 0     |
| Year           | $       | $                      | $                 | =   |   | 0     |

<u>Part 2-Line 4:</u> [Watercraft, aircraft, motorhomes, ATV's & other recreational vehicles/accessories]

| Year | $ | $ | $ | = **f** | 0 |
| Year | $ | $ | $ | = | 0 |

<u>Part 3: Lines 6-14:</u> [Describe your personal and household items]
       $ 5,700     $ 4,600     $ _____        = **g**     1,100

<u>Part 4: Lines 16-35:</u> [Describe your financial assets] DO NOT INCLUDE LINE 32**
       $ 8,450     $ 8,000     $ _____        = **h**     450

Part 5, 6, & 7: Lines 37 -53 [Describe any business, farm & commerical fishing related property you own]
       $ _____  $ _____  $ _____        = **i**     0
       $ _____  $ _____  $ _____        = **j**     0
       $ _____  $ _____  $ _____        = **k**     0

ADD  e + f + g + h + i+ j + k = [3]                           = [3]     1,550

**TOTAL OF NET LIQUIDATION OF ESTATE    [ADD 1 + 2 + 3]**     = [4]     1,550

LESS THE TRUSTEE FEE
25% OF THE FIRST $5,000                   5,000       1,550    388  = **l**    388
10% OF THE FIRST $5,000.01 - $50,000    -45,000      -3,450      0  = **m**      0
5% OF THE FIRST $50,000.01 - 999,999.99 -1,045,000  -48,450      0  = **n**      0
REASONABLE COMPENSATION NOT TO EXCEED 3% ON AMOUNT OVER $1,000,000.00   = **o** _____

ADD l + m + n + o = [5]                                       = [5]     388

LINE 4 LESS LINE 5 = [6]                                      = [6]     1,163

LINE 6 LESS __% ADMINISTRATIVE COST [LINE 4 x .99]            = [7]     1,151

IF LN 7 IS LESS THAN $1,500, LIQUIDATION IS ZERO; IF LN 7 IS MORE THAN $1,500, PROCEED     **ZERO**

LINE 7 LESS PRIORITY [SCH E]       [E]    1,029     [POC] _____ = [8]   122

IF SCH F IS LESS THAN LINE 8: STOP; IF SCH F IS MORE:PROCEED     [SCH F] _____     **STOP**

DISCOUNT RATE 4% FACTOR DEPENDS ON THE TERM OF THE PLAN (CHART)
LINE 8 X [CHART VALUE] = 9       # OF MONTHS    60     1.1050 = [9]    135